**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Clinton L. Riggen, III**<br>                              **Debtor(s)**<br><br>**U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust**<br>                              **Movant**<br>                    vs.<br><br>**Clinton L. Riggen, III**<br>                              **Debtor(s)**<br><br>**Rhonda J. Winnecour**,<br>                              **Trustee** | **BK NO. 20-21837 CMB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 6-2** |

### CERTIFICATE OF SERVICE OF REQUEST TO REDACT TRANSFER OF CLAIM

I, Maria D. Miksich, Esquire  of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 28, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Clinton L. Riggen, III
95 Chaffee Street
Uniontown, PA 15401

Attorney for Debtor(s)
Daniel R. White, Esq.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

Trustee
Rhonda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: May 28, 2021

**/s/Maria D. Miksich Esquire**
Maria D. Miksich Esquire
Attorney I.D. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mmiksich@kmllawgroup.com