IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Clinton L. Riggen, III, | : | Case No. 20-21837 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No.   77 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on November 17, 2021, I served a copy of the Court's November 16, 2021, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at South Side Transfer Services, Attn: Payroll Manager, 194 Pyle Drive, Somerset, PA 15501.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: November 17, 2021

ZEBLEY MEHALOV & WHITE, P.C.

BY

/s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    P.O. Box 2123
    Uniontown, PA 15401
    724-439-9200
    Email: dwhite@Zeblaw.com
    Attorneys for Debtor