**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Clinton L. Riggen, III** ) | |
| ) | **Case No. 20-21837-CMB** |
| ) | |
| ) | **Chapter 13** |
| **Debtor(s).** ) | |
| _____ X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: _____

☐ a motion to lift stay
as to creditor _____

☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated  7/7/20
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from $1060 to $1073 per <u>month,</u> effective 1/23; and/or the Plan term shall be changed from ___ months to ____ months.                                          .

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
➢ Trustee's Certificate of Default (at Doc 82) is treated as resolved by this Order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 9th day of January, 2023

FILED
1/9/23 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

glb

Stipulated by:

/S/Daniel R. White, Esq.
Counsel to Debtor

Stipulated by:

/S/ Kate DeSimone
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Clinton L. Riggen, III  
    Debtor

Case No. 20-21837-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jan 09, 2023      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clinton L. Riggen, III, 95 Chaffee Street, Uniontown, PA 15401-4647 |
| cr | + | LSF9 Master Participation Trust;, Ras Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15254183 | + | AAS Debt Recovery, 2526 Monroeville Boulevard--Suite 205, Monroeville, PA 15146-2358 |
| 15257276 | + | AMERICAN WATER, PO BOX 371412, PITTSBURGH, PA 15250-7412 |
| 15254184 | + | Advanced Disposal, P.O. Box 266, 1192 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 15254186 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, Revenue Recovery, P.O. Box 117, Columbus, OH 43216 |
| 15254192 | | Donald J. McCue, Esq., Colonial Law Building, 813 Blackstone Road, Connellsville, PA 15425-2999 |
| 15266238 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15254191 | + | McCabe, Weisberg & Conway, 123 South Broad Street--Suite 1400, Philadelphia, PA 19109-1060 |
| 15260084 | + | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15254196 | | Pennsylvania American Water Company, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15254199 | | Steidl & Steinberg, Suite 2830 Gulf Tower, Pittsburgh, PA 15219 |
| 15254200 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15254185 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2023 00:06:41 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15259723 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2023 00:07:11 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15254187 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 10 2023 00:04:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3487 |
| 15254188 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 10 2023 00:06:43 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 15254189 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 10 2023 00:05:00 | IMC Credit Services, Attn: Bankruptcy, P.O. Box 20636, Indianapolis, IN 46220-0636 |
| 15263745 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 10 2023 00:05:00 | LSF9 MASTER PARTICIPATION TRUST, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15254190 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 10 2023 00:05:00 | LSF9 Master Participation Trust/Caliber, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15254193 | + | Email/PDF: pa_dc_claims@navient.com | Jan 10 2023 00:06:58 | Navient, Attn: Bankruptcy, P. O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 15254194 | + | Email/Text: nutmsa@atlanticbb.net | Jan 10 2023 00:05:00 | North Union Twp Municipal Services Auth., P.O. Box 309, Lemont Furnace, PA 15456-0309 |
| 15254195 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Jan 10 2023 00:05:00 | PA Department of Labor & Industry, Attn: |

Case 20-21837-CMB    Doc 94    Filed 01/11/23    Entered 01/12/23 00:29:32    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Collections Support Unit, 651 Boas Street--Room 702, Harrisburg, PA 17121-0725 |
| 15254197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2023 00:07:13 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15261782 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2023 00:06:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15261431 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 10 2023 00:05:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15254198 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 10 2023 00:05:00 | RMP, LLC, P.O. Box 349, Greensburg, IN 47240-0349 |
| 15263426 | + | Email/Text: RASEBN@raslg.com | Jan 10 2023 00:04:00 | Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road Suite 170, Duluth, GA 30097-8461 |
| 15400016 | | Email/Text: flyersprod.inbound@axisai.com | Jan 10 2023 00:05:00 | US Bank, NA as Legal Title Trustee for, Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15254201 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 10 2023 00:05:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | US Bank, NA as Legal Title Trustee for Truman 2016 |
| 15363927 | | U.S. Bank Trust National Association, not, in its individual capacity, but, solely as, Trustee of LSF9 Master Participation Tru |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor LSF9 Master Participation Trust; cwohlrab@raslg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 30 |

Daniel R. White
    on behalf of Debtor Clinton L. Riggen III lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Emmanuel J. Argentieri
    on behalf of Creditor US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6