IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Clinton L. Riggen, III, | : | Case No.  20-21837 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on September 6, 2023, I served a copy of the Court's September 6, 2023, wage attachment Order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at South Side Transfer Services, Attn: Payroll Manager, 194 Pyle Drive, Somerset, PA 15501.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: September 6, 2023

    ZEBLEY MEHALOV & WHITE, P.C.

    BY

    /s/ Daniel R. White
        Daniel R. White
        PA I.D. No. 78718
        P.O. Box 2123
        Uniontown, PA 15401
        724-439-9200
        Email: dwhite@Zeblaw.com
        Attorneys for Debtor