**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
CLINTON L. RIGGEN, III                                  Case No. 20-21837CMB

           Debtor(s)
RONDA J. WINNECOUR,                                     Chapter 13
Standing Chapter 13 Trustee,

        Movant                                  Document No __
    vs.
US BANK NA - LEGAL TITLE TRUSTEE FOR
TRUMAN 2016 SC6 TITLE TRUST++

       Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL TO RUSHMORE LOAN MANAGEMENT AT PO BOX 52708 HAS BEEN RETURNED BY THE POSTAL SERVICE AS "VACANT". THIS PO BOX STILL APPEARS ON THE SERVICER'S WEBSITE AS VALID. THE TRUSTEE HAS ATTEMPTED TO CONTACT CREDITOR BY EMAIL, CHAT, PHONE AND FAX, AS WELL AS THROUGH THEIR COUNSEL WITHOUT SUCCESS. IN SOME INSTANCES, THE SERVICER HAS CHANGED TO "RUSHMORE SERVICING" SO NOTICE HAS BEEN GIVEN HERE OF THE NEED FOR A TRANSFER OF CLAIM.

US BANK NA - LEGAL TITLE TRUSTEE FOR     Court claim# 6-2/Trustee CID# 27
TRUMAN 2016 SC6 TITLE TRUST++
C/O RUSHMORE LOAN MGMNT SVCS
PO BOX 52708
IRVINE, CA 92619-2708

The Movant further certifies that on 11/07/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| CLINTON L. RIGGEN, III, 95 CHAFFEE STREET, UNIONTOWN, PA  15401 | DANIEL R WHITE ESQ, ZEBLEY MEHALOV & WHITE PC, POB 2123*, UNIONTOWN, PA 15401 |
| : RUSHMORE LOAN MGMNT SVCS**, ATTN BANKRUPTCY NOTICING, PO BOX 55004, IRVINE, CA  92619-2708 | ORIGINAL CREDITOR: US BANK NA - LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST++, C/O RUSHMORE LOAN MGMNT SVCS, PO BOX 52708, IRVINE, CA  92619-2708 |
| ORIGINAL CREDITOR'S COUNSEL: EMMANUEL J ARGENTIERI ESQ, ROMANO GARUBO & AGRENTIERI, 52 NEWTON AVE, PO BOX 456, WOODBURY, NJ  08096 | |
| NEW CREDITOR: | |