**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| CLINTON L. RIGGEN, III | Case No. 20-21837CMB |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | Document No __ |
| vs. | |
| US BANK NA - LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST++ | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL TO RUSHMORE LOAN MANAGEMENT AT PO BOX 52708 HAS BEEN RETURNED BY THE POSTAL SERVICE AS "VACANT". THIS PO BOX STILL APPEARS ON THE SERVICER'S WEBSITE AS VALID. THE TRUSTEE HAS ATTEMPTED TO CONTACT CREDITOR BY EMAIL, CHAT, PHONE AND FAX, AS WELL AS THROUGH THEIR COUNSEL WITHOUT SUCCESS. IN SOME INSTANCES, THE SERVICER HAS CHANGED TO "RUSHMORE SERVICING" SO NOTICE HAS BEEN GIVEN HERE OF THE NEED FOR A TRANSFER OF CLAIM.

US BANK NA - LEGAL TITLE TRUSTEE FOR
TRUMAN 2016 SC6 TITLE TRUST++
C/O RUSHMORE LOAN MGMNT SVCS
PO BOX 52708
IRVINE, CA 92619-2708

Court claim# 6-2/Trustee CID# 2

The Movant further certifies that on 11/07/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>CLINTON L. RIGGEN, III, 95 CHAFFEE STREET, UNIONTOWN, PA  15401 | DEBTOR'S COUNSEL:<br>DANIEL R WHITE ESQ, ZEBLEY MEHALOV & WHITE PC, POB 2123*, UNIONTOWN, PA  15401 |
| :<br>RUSHMORE LOAN MGMNT SVCS**, ATTN BANKRUPTCY NOTICING, PO BOX 55004, IRVINE, CA  92619-2708 | ORIGINAL CREDITOR:<br>US BANK NA - LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST++, C/O RUSHMORE LOAN MGMNT SVCS, PO BOX 52708, IRVINE, CA  92619-2708 |
| ORIGINAL CREDITOR'S COUNSEL:<br>ALBERTELLI LAW, 14000 COMMERCE PARKWAY STE H, MT LAUREL, NJ  08054<br><br>NEW CREDITOR: | |