UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 20-21837 CMB |
| Clinton L. Riggen, III, | : | Chapter 13 |
| Debtor. | : | Document No. |
| Clinton L. Riggen, III, | : | Related to Document No. |
| Movant, | : | Related to Claim No. 6 |
| vs. | : | |
| U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondents. | | |

CERTIFICATION OF NO OBJECTION TO OBJECTION
TO NOTICE OF MORTGAGE PAYMENT CHANGE OF U.S. BANK, NATIONAL
ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST

The undersigned hereby certifies that, as of the date November 27, 2023, hereof, no answer, objection or other responsive pleading to the Objection to Notice of Mortgage Payment Change filed on November 7, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Court's Order, objections to Debtors' objection were to be filed and served no later than November 24, 2023.

It is hereby respectfully requested that the Order attached to the Objection to Notice of Mortgage Payment Change be entered by the Court.

Dated: November 27, 2023

ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
Email: dwhite@Zeblaw.com
Telephone (724) 439-9200
Attorneys for Debtor