UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Clinton L. Riggen, III

:CHAPTER 13

Debtor.   :CASE NO. 20-21837/CMB

PRAECIPE TO WITHDRAW NOTICE OF PAYMENT CHANGE

Secured Creditor, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, the holder of a mortgage on the real property of the Debtor commonly known as 95 Chaffee Street, Uniontown, Pennsylvania 15401, by and through its undersigned attorneys, hereby withdraws its Notice of Mortgage Payment Change filed with this Court on October 31, 2023.

Respectfully submitted,
Romano Garubo & Argentieri

/s/EMMANUEL J. ARGENTIERI
EMMANUEL J. ARGENTIERI

Date: 11/24/23

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com