File No.: 10617-004

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 20-21837 CMB |
| | : | |
| Clinton L. Riggen, III, | : | Chapter 13 |
| | : | |
|    Debtor. | : | Document No. |
| | : | |
| Clinton L. Riggen, III, | : | Related to Document No. 111 |
| | : | |
|    Movant, | : | Related to Claim No. 6 |
| | : | |
| vs. | : | |
| | : | |
| U.S. Bank, N.A. and Ronda J. Winnecour, Chapter 13 Trustee, | : | **ENTERED BY DEFAULT** |
| | : | |
|    Respondents. | : | |

ORDER

AND NOW, this  27th  day of  November , 2023, based upon the Objection of Debtors to the Notice to Mortgage Payment Change of U.S. Bank, N.A., it is hereby ORDERED that the Notice of Payment Change filed by U.S. Bank, N.A. on October 31, 2023 related to claim No. 6, is STRICKEN. The monthly payment due to Respondent on Debtor's mortgage shall be governed by the payment change Notice filed November 11, 2022.

BY THE COURT:

FILED
11/27/23 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  **dmr**
Judge Carlota M. Bohm

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-21837-CMB
Clinton L. Riggen, III  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Nov 27, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clinton L. Riggen, III, 95 Chaffee Street, Uniontown, PA 15401-4647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor LSF9 Master Participation Trust; bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Daniel R. White
    on behalf of Debtor Clinton L. Riggen  III lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Emmanuel J. Argentieri
    on behalf of Creditor US Bank  NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Nov 27, 2023 Form ID: pdf900 Total Noticed: 1

on behalf of Creditor U.S. Bank National Association rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7