IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Clinton L. Riggen, III           )
                                        )  Case No. 20-21837-CMB
                                        )
                                        )  Chapter 13
                    Debtor(s).          )
                                        X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒       a motion to dismiss case or certificate of default requesting dismissal

☐       a plan modification sought by: _____ _____

☐       a motion to lift stay
        as to creditor   _____

☐       Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated ____7/20/23_____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒       Debtor(s) Plan payments shall be changed from $1625 to $3839 per month, effective 2/25; and/or the Plan term shall be changed from ___ months to ____ months.

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
➢ Trustee's Certificate of Default (at Doc 128) is treated as resolved by this Order.
➢ *Debtor(s) are to fund the plan by WA [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor(s) are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods (wage attachment, TFS, or ACH).*
➢ *To the extent the Plan is confirmed pre-bar date(s) or the completion of pending or contemplated litigation (including §506/522f action and objections to claims) or Loss Mitigation (LMP), or any other plan contingencies including sales, creditors will be paid per plan in the plan amount (or as superseded by this Confirmation Order or other Order(s) of Court) notwithstanding a claim in a greater amount or priority. Debtor shall review all proofs of claims as filed*

*and to take such action(s), including modification of the Plan or this Confirmation Order, as is necessary to address claim discrepancies and to address other subsequent events that will affect the adequacy of plan funding (including the outcome of contemplated or pending litigation, LMP, sale process, etc.) The need to address plan funding deficiency includes increasing the plan payment as necessary to fund 100% of timely filed and allowed non-specially classified unsecured creditors in 100% plan cases.*

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>13th</u> day of <u>February</u>, 202<u>5</u>

_____
United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

/s/ Daniel R. White                     Kate DeSimone
Counsel to Debtor                       Counsel to Chapter 13 Trustee

FILED
2/13/25 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21837-CMB |
| Clinton L. Riggen, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clinton L. Riggen, III, 95 Chaffee Street, Uniontown, PA 15401-4647 |
| 15254183 | + | AAS Debt Recovery, 2526 Monroeville Boulevard--Suite 205, Monroeville, PA 15146-2358 |
| 15254184 | + | Advanced Disposal, P.O. Box 266, 1192 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 15254186 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, Revenue Recovery, P.O. Box 117, Columbus, OH 43216 |
| 15254192 | | Donald J. McCue, Esq., Colonial Law Building, 813 Blackstone Road, Connellsville, PA 15425-2999 |
| 15266238 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15254191 | + | McCabe, Weisberg & Conway, 123 South Broad Street--Suite 1400, Philadelphia, PA 19109-1060 |
| 15254194 | + | North Union Twp Municipal Services Auth., P.O. Box 309, Lemont Furnace, PA 15456-0309 |
| 15254196 | | Pennsylvania American Water Company, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15254199 | | Steidl & Steinberg, Suite 2830 Gulf Tower, Pittsburgh, PA 15219 |
| 15254200 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Feb 13 2025 23:41:00 | LSF9 Master Participation Trust;, Ras Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15257276 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 13 2025 23:42:00 | AMERICAN WATER, PO BOX 371412, PITTSBURGH, PA 15250-7412 |
| 15254185 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 23:43:03 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15259723 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 23:53:43 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15254187 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 13 2025 23:41:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3487 |
| 15254188 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 13 2025 23:42:46 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 15254189 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 13 2025 23:42:00 | IMC Credit Services, Attn: Bankruptcy, P.O. Box 20636, Indianapolis, IN 46220-0636 |
| 15263745 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 13 2025 23:42:00 | LSF9 MASTER PARTICIPATION TRUST, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15254190 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 13 2025 23:42:00 | LSF9 Master Participation Trust/Caliber, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15254193 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 13 2025 23:42:47 | Navient, Attn: Bankruptcy, P. O. Box 9640, Wilkes Barre, PA 18773-9640 |

Case 20-21837-CMB   Doc 134   Filed 02/15/25   Entered 02/16/25 00:21:25   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15260084 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 13 2025 23:41:00 | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15254195 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Feb 13 2025 23:42:00 | PA Department of Labor & Industry, Attn: Collections Support Unit, 651 Boas Street--Room 702, Harrisburg, PA 17121-0725 |
| 15254197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2025 23:43:23 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15261782 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2025 23:43:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15261431 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2025 23:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15254198 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 13 2025 23:42:00 | RMP, LLC, P.O. Box 349, Greensburg, IN 47240-0349 |
| 15263426 | + | Email/Text: RASEBN@raslg.com | Feb 13 2025 23:41:00 | Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road Suite 170, Duluth, GA 30097-8461 |
| 15664761 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2025 23:41:00 | U.S. Bank National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 15400016 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2025 23:41:00 | US Bank, NA as Legal Title Trustee for, Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15254201 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 13 2025 23:42:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | US Bank, NA as Legal Title Trustee for Truman 2016 |
| 15363927 | | U.S. Bank Trust National Association, not, in its individual capacity, but, solely as, Trustee of LSF9 Master Participation Tru |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025          Signature:       /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf900 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LSF9 Master Participation Trust; bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Daniel R. White | on behalf of Debtor Clinton L. Riggen III r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor U.S. Bank National Association rfay@alaw.net bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7