**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/14/2025

IN RE:

CLINTON L. RIGGEN, III
95 CHAFFEE STREET
UNIONTOWN, PA 15401
XXX-XX-9451          Debtor(s)

Case No. 20-21837 CMB

Chapter 13

---

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/14/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ROBERTSON ANSCHUTZ SCHNEID ET AL**<br>BANKRUPTCY DEPARTMENT<br>6409 CONGRESS AVE STE 100<br>BOCA RATON, FL 33487 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LSF9 MSTR PRTCPTN/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK NA LEGAL TITLE TRUSTEE-TRUMAN 2**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>1600 SOUTH DOUGLASS RD STE 200A<br>ANAHEIM, CA 92806 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 7/20*AMD*FR LSF9/CLBR-D 61*D 66*FR FAY-D 72*FI | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5111 |
| **NORTH UNION TWP MUNICIPAL SVCS***<br>POB 309<br>LEMONT FURNACE, PA 15456 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number:<br>CLAIM: 2,055.34<br>COMMENT: 14~SWG/SCH*$@6%/PL~PRO RATA | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2014 |
| **NORTH UNION TWP MUNICIPAL SVCS***<br>POB 309<br>LEMONT FURNACE, PA 15456 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 366.54<br>COMMENT: 17~SWG/SCH*$@0%/PL~PRO RATA | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1056 |
| **MCCABE WEISBERG & CONWAY LLC**<br>1420 WALNUT ST STE 1501<br>PHILADELPHIA, PA 19102 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DONALD MCCUE LAW FIRM PC**<br>813 BLACKSTONE RD<br>CONNELLSVILLE, PA 15425 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ADVANCED DISPOSAL**<br>1192 MCCLELLANDTOWN RD<br>MCCLELLANDTOWN, PA 15458 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GARBAGE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 597.77<br>COMMENT: CAP ONE*ACCT OPEN 7/20/16 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6982 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 476.76<br>COMMENT: 1111/SCH*ACCT OPEN 8/30/19 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3111 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br>COLUMBUS, OH 48216-0117 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0009 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FIRST NATIONAL BANK OF PA**\*\*<br>C/O AAS DEBT RECOVERY INC<br>PO BOX 129\*<br>MONROEVILLE, PA  15146 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  751.25<br>COMMENT:  CHECKING ACCOUNT OVERDRAFT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3593 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC\*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  668.92<br>COMMENT:  NO PMT EVER\*ACCT OPEN 7/28/16 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3596 |
| **NAVIENT SOLUTIONS INC O/B/O ECMC**<br>C/O ECMC(\*)<br>LOCK BOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  11,733.10<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9451 |
| **OFFICE OF UC BENEFITS POLICY**\*\*<br>DEPARTMENT OF LABOR AND INDUSTRY - UC D<br>LABOR & INDUSTRY BLDG 10TH FL<br>651 BOAS ST<br>HARRISBURG, PA  17121 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  OVERPAYMENT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9451 |
| **PA AMERICAN WATER(\*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA  15250 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8936 |
| **PA AMERICAN WATER(\*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA  15250 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7305 |
| **PA AMERICAN WATER(\*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA  15250 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  1,140.86<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3534 |
| **RMP GREENSBURG++**<br>PO BOX 349<br>GREENSBURG, IN  47240 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **STEIDL & STEINBERG**<br>GULF TWR STE 2830<br>707 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br>UNIONTOWN, PA  15401 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2715 |

| Creditor | Claim Info | Description |
|---|---|---|
| **WEST PENN POWER*** <br> ATTN BANKRUPTCY <br> 5001 NASA BLVD <br> FAIRMONT, WV 26554 | Trustee Claim Number: 21 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1541 |
| **WEST PENN POWER*** <br> ATTN BANKRUPTCY <br> 5001 NASA BLVD <br> FAIRMONT, WV 26554 | Trustee Claim Number: 22 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4851 |
| **WEST PENN POWER*** <br> ATTN BANKRUPTCY <br> 5001 NASA BLVD <br> FAIRMONT, WV 26554 | Trustee Claim Number: 23 INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 5,357.49 <br> COMMENT: 0878/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0934 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM** <br> POB 129* <br> MONROEVILLE, PA 15146 | Trustee Claim Number: 24 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **IMC CREDIT SERVICES LLC** <br> 6955 HILLSDALE CT <br> INDIANAPOLIS, IN 46250-2054 | Trustee Claim Number: 25 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **PRA AG FUNDING LLC** <br> C/O PORTFOLIO RECOVERY ASSOC <br> 120 CORPORATE BLVD STE 100 <br> NORFOLK, VA 23502 | Trustee Claim Number: 26 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **US BANK NA LEGAL TITLE TRUSTEE-TRUMAN 2** <br> C/O CARRINGTON MORTGAGE SERVICES LLC <br> 1600 SOUTH DOUGLASS RD STE 200A <br> ANAHEIM, CA 92806 | Trustee Claim Number: 27 INT %: 0.00% <br> Court Claim Number: 6-2 <br> CLAIM: 13,796.88 <br> COMMENT: $/CL-PL*THRU 6/20*AMD*FR LSF9/CLBR-D 61*D 66*FR FAY-D 72*FR RSHMR-D 119*D | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 5111 |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 28 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **CREDIT ACCEPTANCE CORP*** <br> ATTN: BANKRUPTCY DEPT* <br> 25505 W 12 MILE RD STE 3000* <br> SOUTHFIELD, MI 48034-8339 | Trustee Claim Number: 29 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PAYEE/RPT-CONF*PMT/PL*492.98x(24 REM MOS+2)=LMT*BGN 7/23 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 6112 |