IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-21837-CMB |
| Clinton L. Riggen, III | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #___145___ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Clinton L. Riggen, III | ) | |
| | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **July 16, 2025 at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **June 23, 2025.**

| | |
|---|---|
| <u>6/4/25</u> | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21837-CMB |
| Clinton L. Riggen, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 06, 2025 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clinton L. Riggen, III, 95 Chaffee Street, Uniontown, PA 15401-4647 |
| 15254183 | + | AAS Debt Recovery, 2526 Monroeville Boulevard--Suite 205, Monroeville, PA 15146-2358 |
| 15254184 | + | Advanced Disposal, P.O. Box 266, 1192 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 15254186 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, Revenue Recovery, P.O. Box 117, Columbus, OH 43216 |
| 15254192 | | Donald J. McCue, Esq., Colonial Law Building, 813 Blackstone Road, Connellsville, PA 15425-2999 |
| 15266238 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15254191 | + | McCabe, Weisberg & Conway, 123 South Broad Street--Suite 1400, Philadelphia, PA 19109-1060 |
| 15254194 | + | North Union Twp Municipal Services Auth., P.O. Box 309, Lemont Furnace, PA 15456-0309 |
| 15254196 | | Pennsylvania American Water Company, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15254199 | | Steidl & Steinberg, Suite 2830 Gulf Tower, Pittsburgh, PA 15219 |
| 15254200 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 06 2025 23:28:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 06 2025 23:28:00 | LSF9 Master Participation Trust;, Ras Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15257276 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 06 2025 23:28:00 | AMERICAN WATER, PO BOX 371412, PITTSBURGH, PA 15250-7412 |
| 15254185 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2025 00:10:36 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15259723 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2025 23:48:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15254187 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 06 2025 23:28:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3487 |
| 15254188 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 07 2025 00:00:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 15254189 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 06 2025 23:28:00 | IMC Credit Services, Attn: Bankruptcy, P.O. Box 20636, Indianapolis, IN 46220-0636 |
| 15263745 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 06 2025 23:28:00 | LSF9 MASTER PARTICIPATION TRUST, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15254190 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 06 2025 23:28:00 | LSF9 Master Participation Trust/Caliber, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

Case 20-21837-CMB    Doc 148    Filed 06/08/25    Entered 06/09/25 00:24:57    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2025 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15254193 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 06 2025 23:48:40 | Navient, Attn: Bankruptcy, P. O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 15260084 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 06 2025 23:28:00 | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15254195 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Jun 06 2025 23:28:00 | PA Department of Labor & Industry, Attn: Collections Support Unit, 651 Boas Street--Room 702, Harrisburg, PA 17121-0725 |
| 15254197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2025 23:59:43 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15261782 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2025 23:48:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15261431 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 06 2025 23:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15254198 | | Email/Text: EBN_IndianapolisIMC@receivemormp.com | Jun 06 2025 23:28:00 | RMP, LLC, P.O. Box 349, Greensburg, IN 47240-0349 |
| 15263426 | + | Email/Text: RASEBN@raslg.com | Jun 06 2025 23:28:00 | Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road Suite 170, Duluth, GA 30097-8461 |
| 15664761 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2025 23:28:00 | U.S. Bank National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 16506495 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 06 2025 23:28:00 | U.S. Bank National Association as Legal, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road Suite 200A, Anaheim, CA 92806-5948 |
| 15400016 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2025 23:28:00 | US Bank, NA as Legal Title Trustee for, Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15254201 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 06 2025 23:28:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgage Services, LLC as Servicer for |
| cr | | U.S. Bank National Association |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | US Bank, NA as Legal Title Trustee for Truman 2016 |
| 15363927 | | U.S. Bank Trust National Association, not, in its individual capacity, but, solely as, Trustee of LSF9 Master Participation Tru |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LSF9 Master Participation Trust; bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Daniel R. White | on behalf of Debtor Clinton L. Riggen III r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Lauren Moyer | on behalf of Creditor Carrington Mortgage Services LLC as Servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor U.S. Bank National Association rfay@alaw.net bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9