**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| CLINTON L. RIGGEN, III | Case No.:20-21837 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/16/2020 and confirmed on 09/15/2020 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 58,395.49 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,390.49 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 2,934.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,934.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| US BANK NA LEGAL TITLE TRUSTEE-TRU | 0.00 | 33,515.11 | 0.00 | 33,515.11 |
|   Acct: 5111 | | | | |
| US BANK NA LEGAL TITLE TRUSTEE-TRU | 13,796.88 | 8,104.61 | 0.00 | 8,104.61 |
|   Acct: 5111 | | | | |
| NORTH UNION TWP MUNICIPAL SVCS* | 2,055.34 | 1,150.55 | 339.24 | 1,489.79 |
|   Acct: 2014 | | | | |
| NORTH UNION TWP MUNICIPAL SVCS* | 366.54 | 207.86 | 0.00 | 207.86 |
|   Acct: 1056 | | | | |
| | | | | 43,317.37 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CLINTON L. RIGGEN, III | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CLINTON L. RIGGEN, III | 5.00 | 5.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC(++) | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 20-21837 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | DANIEL R WHITE ESQ(++) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ZEBLEY MEHALOV & WHITE PC(++) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL R WHITE ESQ | 1,500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT ACCEPTANCE CORP* | 9,139.12 | 9,139.12 | 0.00 | 9,139.12 |
| | Acct: 6112 | | | | |
| | | | | | 9,139.12 |
| Unsecured | | | | | |
| | ADVANCED DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0000 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 597.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 6982 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 476.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 3111 | | | | |
| | COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0009 | | | | |
| | FIRST NATIONAL BANK OF PA** | 751.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 3593 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 668.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 3596 | | | | |
| | NAVIENT SOLUTIONS INC O/B/O ECMC | 11,733.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 9451 | | | | |
| | OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9451 | | | | |
| | PA AMERICAN WATER(*) AKA AMERICAN V | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8936 | | | | |
| | PA AMERICAN WATER(*) AKA AMERICAN V | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7305 | | | | |
| | PA AMERICAN WATER(*) AKA AMERICAN V | 1,140.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 3534 | | | | |
| | RMP GREENSBURG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2715 | | | | |
| | WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1541 | | | | |
| | WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4851 | | | | |
| | WEST PENN POWER* | 5,357.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 0934 | | | | |
| | ROBERTSON ANSCHUTZ SCHNEID ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DONALD MCCUE LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | IMC CREDIT SERVICES LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 20-21837 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|  | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Acct: | | | | |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 52,456.49 |
| TOTAL CLAIMED | | |
| PRIORITY | 9,139.12 | |
| SECURED | 16,218.76 | |
| UNSECURED | 20.726.15 | |

Date: 08/04/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com